DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KEION GRAY,<br><br>　　　　　Defendant. | ) Case No. 3:01-CR-00071(JWS)<br>)<br>)<br>)<br>) APPLICATION AND AFFIDAVIT FOR<br>) ISSUANCE OF WRIT OF EXECUTION<br>) ON PERMANENT FUND DIVIDEND<br>)<br>)<br>) |
| STATE OF ALASKA　　　　)<br>　　　　　　　　　　　　) ss.<br>THIRD JUDICIAL DISTRICT ) | |

　　　I, RICHARD L. POMEROY, hereby state on oath:

　　　1.　Judgment for $36,980.94 was imposed on October 3, 2001, in the above-entitled court and action, in favor of the United States of America as judgment creditor and against KEION GRAY as judgment debtor.

　　　2.　I am the attorney for said judgment creditor and I request issuance of a Writ of Execution on the judgment.

　　　3.　The judgment debtor was represented by counsel.

　　　4.　The judgment entered is not a default judgment.

5.  ACCRUED since the entry of judgment are the following sums:

$0.00    accrued interest, computed at 0%.

$90.00   accrued costs.

6.  CREDIT must be given for payments and partial satisfaction in the total amount of:

$9,013.46   which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of:

7.  $28,057.48   ACTUALLY DUE on May 11, 2006. Of this total, $27,967.48 is the amount of the original judgment as entered, which still remains due and bears interest at 0%.

8.  The United States seeks to satisfy the balance owing on the judgment by levying against the Alaska Permanent Fund Dividend which is to be issued to the above-named defendant.

9.  The Alaska Permanent Fund dividend is subject to attachment pursuant to the provisions of Alaska Statute 43.23.065.

10. This is a levy for satisfaction of court-ordered restitution and, pursuant to AS 43.23.065(b)(2), may attach up to <u>100%</u> of the Permanent Fund Dividend payable to this debtor.

//

//

//

//

//

//

//

U.S. vs. KEION GRAY
Case No.: 3:01-CR-00071(JWS)

2

//

DATED this 17th day of May, 2006, at Anchorage, Alaska.

        DEBORAH M. SMITH
        Acting United States Attorney

*/s/ Richard L. Pomeroy*
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov
AK #8906031

SUBSCRIBED AND SWORN TO before me this 17th day of May, 2006, at Anchorage, Alaska.

        */s/ Traci Ross*
        NOTARY PUBLIC
        State of Alaska
        My Commission Expires: 11/17/08